UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  2:21-cv-00024-AFM                                    Date:  October 1, 2021

Title  Henry Gordon v. FCA US LLC

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**

    Pursuant to the Joint Stipulation for Dismissal (ECF No. 18), this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees and costs.

    IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |